```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 18371
   RAYMOND J WIETE
   JANE M WIETE                          CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3276    SSN XXX-XX-3104
```

--------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/07 and confirmed on 12/10/07.

   2.  The case was converted to Chapter 7 after confirmation, 11/10/2008.

   3.  The Debtor paid a total of $  13600.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 11980.58 | .00 | 11980.58 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 6674.46 | .00 | .00 |
| CITIFINANCIAL | SECURED VEHIC | 500.00 | .00 | 55.56 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 539.35 | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SVC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 595.88 | .00 | .00 |
| IC SYSTEM | UNSECURED | 50.88 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 901.99 | .00 | .00 |
| NICOR GAS | UNSECURED | 166.80 | .00 | .00 |
| THE CREDIT STORE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 19850.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 563.23 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 630.36 | .00 | .00 |
| B REAL LLC | UNSECURED | 290.00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19155.04 | .00 | 23588.49 | .00 | 42743.53 |
| PRINCIPAL PAID | 12036.14 | .00 | .00 | .00 | 12036.14 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 12036.14 | .00 | .00 | .00 | 12036.14 |

The Debtor's attorney, GARY L SHILTS              , was allowed $   3200.00
and was paid $   1200.00  direct and $    841.36  through the plan.

The Trustee received $     722.50 .

Refunds to the Debtor totaled $      .00 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


 Dated: 02/12/09       /S/
             GLENN STEARNS
             CHAPTER 13 TRUSTEE